JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA AGOSTINA FUSARI, an individual, | Case No. CV 08-2825-VAP (OPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STARCO INSURANCE AGENCY, INC., a California corporation and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: September 19, 2008

VIRGINIA A. PHILLIPS
United States District Judge